UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILMAR RAMOS-GOMEZ,

    Plaintiff,

v.

REBECCA ADDUCCI, et al.,

    Defendants.

Case No. 19-13475

Honorable Laurie J. Michelson
Magistrate Judge Michael J. Hluchaniuk

## ORDER REGARDING DETERMINATION OF MOTION

Before the Court are the following motions filed April 10, 2020: Motion to Dimiss by Rebecca J. Adducci (Dkt. 8); Motion to Dismiss by Derek Klifman (Dkt. 9); Motion to Dismiss by Matthew Lopez (Dkt. 10); and Motion to Transfer Case by Defendants (Dkt. 11).

The response brief and any reply brief shall be filed in compliance with E.D. Mich. LR 7.1.

If the total brief (including exhibits) exceeds 20 pages, a courtesy copy of the motion, brief, response, or reply, with tabbed and highlighted exhibits, shall be mailed or hand delivered to United States District Judge Laurie J. Michelson at 231 W. Lafayette, Room 737, Detroit, MI 48226. Courtesy copies should conform to Judge Michelson's case-management requirements that were docketed earlier in the case (usually as part of the scheduling order).

If, upon review of all the briefing, the Court finds that oral argument would aid in resolving the disputed issues, a notice will be filed on the docket setting a hearing. Otherwise, the Court will decide the motion on the briefs. *See* Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f).

SO ORDERED.

Dated: April 20, 2020

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE